United States District Court for the District of Columbia

Case: 1:23-cv-02169
Assigned To : Unassigned
Assign. Date : 7/26/2023
Description: Pro Se Gen. Civ. (F-D

Richard J. Reyna Sr, Plaintiff

**RECEIVED**
**JUL 26 2023**
**Clerk, U.S. District and Bankruptcy Courts**

Vs,

Complaint 42.USC 1983

CBS News, New York,
Washington D.C.
Ralph Brignone
42.USC, 1985 ¢(3)

17 Pg of complaint plus Apendex, relief sequested, proof of inventory Key included

Comes now Richard J. Reyna Sr states as follows, Mr. Reyna had been Personally delivering to CBS news 2020 M Street, N.W. Washington D.C. legal material pertaining to cases # 2006-cf-118 a green lake co wisconsin, and 2019-cf-000678 a winnebago co. wisconsin, Both case co-inside with eachother, including federal filings in past years through U.S.PS. via Ross Johnson sgt @ a winnebago co correction facility in Oshkosh wis, he a sgt of the winnebago co Jail and has used his power to steal over (200) two Houndred Pieces of legal material and Artwork that Plaintiff has sent to CBS News, D.C.

# Apendixx

(1) Page (6) federal court of Appeals, case cfm-598, Appeal of Richard. Reyma in eastern District of (wis) 2010, and ongoing.

(2) Issues of importance;
(a) Nichol Gallant, oshkosh P&P, pg.(7)
(b) Ralph Brignone, CBS,
(c) Dept of corrections pg (9) involvement in conspiracy,
(D) Attorney General's request for recusal of said case U.S. ct of App. wis, 2019, cf-000678, including 06-cf-118, involvement in Prior decisions of (Bias) Case law cited pg (8) Phelps v. United States, 160 f. 2d, 858-867, 68 (8th cir 1947), United States v. Schmaltz, F.2d 558-560, (8th cir, (1977)!

page (9)(1) United States v. Lopez
(2) U.S. v. Dempewolf 817 f.2d 1377, 1378, 1322 (8th cir 1990]
(3) United States v. McMorray 34, f.3d 1405 1412, 13, (8th cir 1999), evidence, conn. O'Sullivan v. Boerckel 526, U.S, 848, 838 (1999) issue of exhaustion of remedies. [state & federal
(4) Duncan v. Henry 513, U.S, 513, U.S,...
(5) Deputies; Stankie, Johnson, and others, pg (12)

mr. Reyng had delivered a Book worth 1.8 million Dollars to CBS, News, hand delivered to a female Black Guard, upon her receiving Said Book which contained Art work and legal filings of murders, and conspiracies of intent. to commit Such acts, included in /taped to the Book delivered was a Gold Key taped to the cover of the Book, the Key in question is a key to Richard Reyna's Safety Deposit Box which was to be Given to Norah Odonnel/ CBS, Nightly New Anchor. the Key in question holds millions of dollars in microfilm and Artwork, included in the Box "Security" U.S. Bank oshkosh wisconsin, main st, mr. Reyna handed the Book and Key over to Security Guards. at 2020 M. St NW. Washington D.C. 20001 or (36) upon acceptence by Guard, Reyng had assumed the material in question would be Given to ms. odonnel. as the value of Said material was over 60 million Dollars, mr. Reyng then 1wk later had went back to CBS, ~~~~ Washington D.C. and asked to deliver a Packet of drawings to ms. Odonnell, the Guard had directed

(2)

mr. Reyng to go around the corner to the rear of the CBS. News, (Dock) entrance for "delivering" large items, Per se truck entrance, upon ringing bell a tow truck Black in color was idle and had its lights on the Guard who had been on an/a upper loading doc door(s) reyng turned over the legal material and Artwork to Black male Guard and left, the next week reyng had inquired about the material named in this complaint, She a female stated at 2020 M St the mail and Artwork was given to ms. Odonnell, then handed mr. Reyng a large computer print out of a request to not send or Bring any more legal or other material to CBS./Paramount Studios, in Said Statement handed to reyng it stated ms. odonnell wishes to not receive any legal material or other from reyng and stated reyng was not to communicate with Any employee at CBS. in any region or the possibility of legal action upon a first Amendment right freedom of the Press, included was names of Judges federal & State, workers of ABC, chicago and New York, thefts, Jim Rose included. ABC.News,

(3)

mr. Reyna states the Security Director of New York was the Authority named who had wrote or Authorized said letter who personally was handed to reyna by the female Black Guard at 2020 M. St Reyna did accept the material/letter. Reyna then Asked if Norah had received all the material Reyna had Personally delivered, the Guard stated Norah had received All repete All the said named material in question. included was a Gold Key to Reyna's Security Box at U.S. Bank Oshkosh wis. Due to Reyna had evidence of murder's of 6 family members, Proof of legal filing's against Attorney General Winn Collins, James Camp, Kent lovern, and Scott woldt all named including Aka "Sweetwillie" William Mc Monigal of Green Lake co wis, including false convictions, false imprisonment, 13th Amendment violations, illegual search & seizure, included is David Brown, Chi' Police (X) chief and his involvement in murders, including federal Judges family in Chicago Illinois.

(4)

Mr. Reyna had been filing legal material in federal & state courts, Houndred's of filings of Abuse, torcher, mental & Physical, included was Dept of corrections. Hatchet man, Brian Hayes of milwaukee wis, Judge Keberlien of winnebago co, Jill Ellis, Zigler, Hulska, Koch all Dept of corrections employees who were responsible for the false confinement [s] of at least (20) incarceration's of Reyna in Green lake & winnebago counties of Wis. included is Chicago cook county, Police chief David Brown, Kenny Corcoran, theft of mail and Art work, included is murders of Jessie montesdeoca, Andrew Parachinni included was Alen Mercado (CPD,) Kyle Loysoya, (CPD) Benard, (CPD) Tommy franklin Also Police, all are know to mr. Reyna as we all grew up on the Southwest side of Chicago. the Said named individuals, myown Kids included had added Police in named Human rights violations.

(5)

Included in the legal material Handed to ms. Odonnell was Proof of Ross Johnson, Robert Nienhaus, Jon Matz, and Randy Woldt chief detective of winnebago co wi, others named were responsible of the torcher of Reyna in winnebago co Jail and theft of mail and Proof of Conspiracy by Scott Woldt, Randy Woldt and Judge Barbara Key, Keberlien, Judge Missy Woldt the Clerk of Keberlien who Presided in Case 2019-cf-000678 an alleged threat to Scott Woldt at the Jail named. it is a Due process violation to allow family and friend/coworkers to Preside in any case where Said Bias has the possibility to occur. and Did. and other information pertaining to Micheal Strahan of ABC, Stealing a Book Sent to Ginger Zee, ABC/GMA New York NY, or his assoiates, who receive mail at 147 columbus Av New York NY, which Ginger Zee was Sent also a Book of filings that Pertain to State and federal Judiciary in connection with Said cases, including cfm 598 William Greshback of Eastern Dist of Wisconsin.

(8) 6

in the above complaint, Reyna had to explain to this "Honorable" court the events that lead up to the conspiracy and the powerfull Judiciary, Police, and other involved.

Including is are the accusations by mr. Reyna's Probation Agent(s) in Oshkosh Wisconsin, 240 Ohio St and Arron Sable Director and Supervisor of the Dept of corrections, eastern Dist of wisconsin and his knowledge of Gas lighting and Slavery of Reyna by william Mc Monigal, Scott Woldt Brian Hayes, Wisconsin court of Appeals chief Judge Ruben Castello, chicago Ill. 7th circuit. further more on the 19th of July reyna had contacted his Probation Agent Nichole Gallant about reyna's intentions to reside in Washington D.C. and her stating I reyna had warrent for his arrest, and reyna explaining he is in court Now on the issue of 8 month's remaining on Paper and his wish to reside in D.C. or surrounding Area's. her insistence that is Not possiable, and that CBS executives

(7)

a Ralph Brignone, and others had sent a copy of an order to seese and restraint from future material of Giving to Norah Odonnel of ABC. News. D.C. ms Gallant stated reyna had been delivering flowers and chocolate candy(ies) to ms. odonnel and that she intended to use such false accusations by Paramount Studies to inhance her ability to incage and or incarcerate reyna. reyna had never sent any flowers nor candy to ms. odonnel it was strickly Business and 1st Amendment rights to freedom of the press and reynas first amendment rights to address the courts. mr. Reyna had not delivered any further material to Any CBS. Studio due to false threats by named individuals in this complaint.

see Phelps v. united States 160 f. 2d 858-867-68 8th cir (1947) united states v. Schmaltz f. 2d 558, 560, 8th cir 1977 in a frequently cited opnion we tryed to explain how "slight evidence" of an involvement in a conspiracy can never the less be substantial, it is.. possiable for the circumstances of an individual's participation in an established conspiracy

(8)

to become substantial from their weight and posisition in context though an abstraction they may seem only slight. <u>U.S. v. Dempewolf 817, f.2d 1377, 1318, 1322, (8th cir 1990)</u>

See Also <u>United States v. Lopez</u> a defendant may be convicted for even a minor role in the conspiracy so long as the gouerment proves beyond a Reasonable doubt that he or she was a member of the conspiracy.
(named Dept of corrections included.)

See <u>united states v. McMorray 34 f. 3d 1405, 1412, 13, (8th cir 1994)</u> we said that once the exisistence of a conspiracy is established (slight) evidence connecting a defendant to the conspiracy is sufficient to support a conviction.

See <u>O Sullivan v. Boerckel  526 U.S. 838, 848, (1999)</u> a state prisoner must exhaust his remidies in state court Before Petitioning for a writ of Habeas corpus in federal court, USC, 2254.
(B)(1) & C Duncan v. Henery 513 U.S. 364. 365-66
McQueary v. Blodgett 924 f. 2d 829, F.2d (1991)

(9)

To properly exhaust all remedies a petitioner must fairly present his claim in the states highest court in a proceedural proper manor.

Mr. Reyna has filed dozens of motions in the courts of Winnebago, 7th cir, Illinois and Wisconsin, Wisconsin court of Appeals, Federal district of Columbia, and Wisconsin, all named have stated, either they never received any filing, or only mailed (1) pg complaint, and did not file for Poor Persons inability to proceed without filing fees, including Judge Robert Dewane of Manitowoc Co wi, who has continously denied motion's, stating reyna had not filed in some cases 50 plus pages in one Appeal and 23 pg in another appeal and a 63 pg appeal sent to wis court of Appeals, where as the Attorney General his self, denied reyna's ability to Appeal a false conviction, due to he winn Collins is an/a understudy of James Camp, William McMonigal at Green lake Co. Courthouse in Wisconsin, and had also participated in the <u>Conspiracy to violate Reyna's Due Process to Prove his innocents.</u>

(10)

AND had been requested to recuse his self Prior to his denial of reyna's appeal, due to the Govonor/Attorney Generals involvement in Both cases 06-CF-118 an attempted murder on william McMonigal and threat to McMonigal with a weapon and Scott woldt was (1) of (5) Judges who Sat on the case 06-CF-118, even as the only witness Herbert Phelps stated on the date and time of this alleged Attempt on McMonigals life while reyna was in a vehicle with Phelps as Phelps raced to catch up and pass McMonigal for reasons only to Setup reyna in a false conviction, and Phelps under oath stated he never seen reyna with a gun while in the vincinity of McMonigal or reyna even point a weapon at or near the Judge, this statement was under oath and the Presiding Judge Scott woldt refused to accept the truth of an alleged weapon in the possession of reyna was non Existence, only accepted the fake Police reports by Robert Zache, and Chad Holdoroff. of Berlin wisconsin, Both officers in Said Jurisdictions.

(11)

the complaintent, in this said complaint had to explain the circumstances that lead up to the thefts of legal filings and stolden Artwork, and the Book of Proof of mail sent to ABC news (NYC) 147 columbus AV and the assoiation of CBS news top executives conspiracy to steal monies, Artwork and the Key to reyna's security Box in Oshkosh, wi. U.S. Bank and a Deputy names (Stankie) an(x) nighbor who has been interfearing with the legal material sent to the courts and new's Agencies named. CNN Atlanta. included Roben meade, mr. Reyna had left the named material to Norah Odonnel due to attempts on his life by assoiates of David Brown, Alen mercerdo, Tom franklin, Benard, Kyle Loysoy A, all assoiated with (Two Six) gang members and or are them selfs members as younger Adults, whom Held a gruge against reyna as reyna was a Hell raiser as a child. and in an opposite gang as a youth. mr. Reyna did file a federal complaint in Dist of Columbia. Pertadning to same individuals in his complaint. in the month of July 2023.

(12) today is July 20 th 23,

See Also Disqualification of Justice, Judge, or magistrate, (a) any Judge, Justice, or magistrate of the United States (SHALL) disqualify himself in any proceedings in which his p inpartiality might reasonable Questioned. rule(455) ←

455(3) where he has served as a government employee and in such capacity participated as counsel advisor or material witness concerning a proceedings or expressed an opinion concerning the merits of a particular case in controversy,

Mr. Reyna Sr states the individuals named in or At (CBS) news New York, washington D.C. (Paramount) have involved themselfs in the conspiracy and violation of civil rights and thefts of legal filings hand delivered and the Book sent/hand delivered to CBS 2020. M.St N.W. Washington D.C. mr. Reyna has not sent any type of gifts to norah odonnel requesting payment or obligations mr. Reyna states he only wants the truth of what william McMonigal, Scott woldt (s) and named individuals have been doing to him over 20 plus years. and his knowledge of the News media seemed to be the only course of Action

(13)

in exposing what had transpired over years of false confinements, mental and physical torcher by named individuals, even the Attorney General himself using abuse of Power to Gas light and impose hardship upon reyna. whats called modern day Slavery, A 13th Amendment violation, imposed by Judge's named and inforced by Police named and the clerks of Said Jurisdictions refusal to file and or Sabatosh any and most filing reyna files in all named courts in this complaint.

See <u>Lubbock feed lots inc. v. Iowa Beef Processor Inc.</u> Ca 5 (tex) out of utterance must have (2) two characteristics before its rendered <u>inadmissable</u> as <u>here say</u>; "it must be a statement" that is <u>verbal assertion</u>, or conduct intended as an <u>assertion</u> and it must be <u>offered to prove the truth of the matter it asserts</u> <u>lubbock feed lots inc.</u>

Richard Reyna Seeks the truth of what CBS has in there possession not only hand delivered but yrs <u>of USPS. mail sent to CBS and ABC,</u> <u>thefts</u> of Artwork and Books of legal material. <u>the truth shall Set you free</u>. "rite" LoL.

(14)

Relief requested, and legal Restoration of Hardship upon Richard J. Reyna Sr.

(1) Plaintiff request a compleate, inventory of what was Norah O'donnel's, and or knowledge of Said material, mr. Reyna sr states he never requested any financial Payment or [S] unless they were sold for Personal Profit, and only (2) or (3) of the drawings was if you sell I request ½ of the (3) drawings, that the remainder was intended for Norah Odonnel No questions ask, Gifts. Period, including the lion with Scoobie due, etc, formed in Person delivery, was a gift to Norah odonnell (GIFT), moving on (2) the said statement is true & correct, and just request confirmation that she received the key to Security Box, and that if she "No d" knew about said or sad materials she is Now aware, and I wish her luck due to respect of her (Self) P.

(15)

(a) Richard Reyna sr. request CBS pay for the cost of the said filings plus all the time and money a poor man has to endure to seek justice of other[s] emphisis added

(3) Mr. Reyna has attempted to Just resolve what has occured over yrs. Passed on to others to and or not (want) to involve there Persons in possiable conspiracy or other Human Right[s] violations,

(4) As Mr. Reyna states in this complaint he will no longer seek or atempt to send anything to CBS or ABC, NYC, and Chi, and as a reminder Richard loves most of the said individuals, knowing their Beautiful Persons,!

(5) Since CBS had aided in an attempt to or of reyna's ability to expose his Amendment violations up on his person

(16)

(7) that all the material sent to ms. odonnel be returned to her if was lost or other, and if her or other wish to redect said material (Artwork included) they may return; said material to reyna.

But to put ABC on alert that the ties within CBS and ABC NYC, chi IL, they are and or were, Past tents, involved and most was a common person. Helping charities, etc.

signed this day

Richard J. Reyna sr

Richard Reyna,

Date   7-24-23

(ɓ) 17