UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD J. REYNA, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  23-02169 (UNA) |
| ) | |
| ) | |
| CBS NEWS *et al*., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

This action, brought *pro se*, is before the Court on review of Plaintiff's complaint and application to proceed *in forma pauperis*.  The Court will grant the application and dismiss the complaint.  *See* 28 U.S.C. § 1915(e)(2)(B)(i) (requiring immediate dismissal of a frivolous action).

Plaintiff has submitted a 19-page rambling complaint against CBS News and "Ralph Brignone."  Compl., ECF No. 1.  Plaintiff alleges that he has been "personally delivering" legal material pertaining to two Wisconsin cases "to CBS News 2020 M Street, N.W. Washington D.C." *Id*. at 1.  Plaintiff also "hand delivered" to CBS News "a book worth 1.8 million dollars" that "contained artwork and legal filings of murders, and conspiracies of intent to commit such acts[.]" *Id* at 3.  Taped to the cover of the book was a gold key to Plaintiff's safety deposit box, "which was to be given to Norah Odonnell [sic], CBS Nightly New[s] Anchor."  *Id*. The "key in question holds millions of dollars in microfilm and artwork," valued at "over 60 million dollars[.]"  *Id*. Following a series of allegations about probation and other topics of no apparent connection to the defendants, *see id*. at 6–8, Plaintiff suggests that Brignone is one of the "CBS executives" who allegedly sent him a copy of a cease and desist order restraining him "from future material of giving to Norah Odonnel [sic] of ABC News, D.C."  *Id*. at 8–9.  Plaintiff seeks, among other

purported relief, "a complete inventory of what was Norah O'donnel's [sic], and or knowledge of said material" and "1/2 of the (3) drawings" if they were sold for "personal profit." *Id*. at 16.

Complaints supported wholly by allegations lacking "an arguable basis either in law or in fact" may be dismissed as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). The instant complaint satisfies this standard and therefore is dismissed. A separate order accompanies this Memorandum Opinion.

Date: August 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carl J. Nichols
　　　　　　　　　　　　　　　　　　　　　　　　CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge